FILED _____ LODGED
RECEIVED _____ COPY

DEC 0 3 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Von M DEPUTY

1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona
   Anthony W. Church
3  Assistant United States Attorney
   Arizona State Bar No. 021025
4  Two Renaissance Square
   40 N. Central Ave., Suite 1800
5  Phoenix, Arizona 85004
   Telephone: 602-514-7500
6  Email: anthony.church@usdoj.gov
   Attorneys for Plaintiff
7

**REDACTED FOR
PUBLIC DISCLOSURE**

8            IN THE UNITED STATES DISTRICT COURT

9               FOR THE DISTRICT OF ARIZONA

10

| | |
|---|---|
| United States of America, | No.  **CR-19-08274-PCT-DLR (JZB)** |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1153 and 113(a)(6) (CIR: Assault Resulting in Serious Bodily Injury) Count 1 |
| Easton Joe Malone, | |
| Defendants. | 18 U.S.C. §§ 1153 and 113(a)(3) (CIR: Assault with a Dangerous Weapon) Count 2 |

19  **THE GRAND JURY CHARGES:**

20                          **COUNT 1**

21        On or about April 24, 2019, in the District of Arizona, within the confines of the

22  Fort Apache Indian Reservation, Indian Country, the defendant, EASTON JOE MALONE,

23  an Indian, intentionally, knowingly, and recklessly assaulted M.M., resulting in serious

24  bodily injury.

25        In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

26                          **COUNT 2**

27        On or about April 24, 2019, in the District of Arizona, within the confines of the

28  Fort Apache Indian Reservation, Indian Country, the defendant, EASTON JOE MALONE,

an Indian, intentionally and knowingly assaulted M.M., with a dangerous weapon, a knife, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  December 3, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

s/
Anthony W. Church
Assistant U.S. Attorney

- 2 -